VILLAGE OF NORTH PELHAM, Respondent, *v.* RAYMOND J. OHLIGER et al., Appellants.

*Constitutional law — municipal corporations — villages — Zoning Law — validity of ordinance prohibiting erection of building within four feet of street line.*

*Village of North Pelham v. Ohliger,* 216 App. Div. 728, affirmed.

(Submitted May 17, 1927; decided May 31, 1927.)

APPEAL from a judgment, entered May 17, 1926, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff. The action was brought to enjoin the defendants from constructing a building on premises owned by them in the village of North Pelham, on the ground that the plans violated the zoning ordinance of the village in that the building was to be constructed within four feet of the front lot line of the premises. Defendants contended that the ordinance was unreasonable and unconstitutional in that it deprived defendants of the use of a portion of their land without compensation.

*George L. Kettner* for appellants.

*George Lambert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

LILLIAN O'MAHONY, Respondent, *v.* BENJAMIN M. FANDO et al., Defendants, and THE FANDO REALTY CORPORATION, Appellant.

*Negligence — nuisance — streets — injury to pedestrian from falling into unguarded excavation close to sidewalk.*

*O'Mahony v. Fando,* 218 App. Div. 833, affirmed.

(Argued May 17, 1927; decided May 31, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,